DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRY BENJAMIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3268

[March 10, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case Nos. 01-13710CF10A and 03-5975CF10A.

Henry Benjamin, Avon Park, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***